1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRISTINA LAFRANCE CHRISTNER,

Plaintiff,

v.

KIERON SWEENEY,

Defendant.

Case No.  5:14-CV-02458-EJD

**ORDER TO SHOW CAUSE**

On May 28, 2014, Plaintiff Christina LaFrance Christner ("Plaintiff") filed the Complaint

underlying this action.  See Dkt. No. 1.  To date, however, the docket does not contain a proof of

service or waiver of service for any defendant, and no defendant has appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a
> defendant within 120 days after the filing of the complaint, the
> court, upon motion or on its own initiative after notice to the
> plaintiff, shall dismiss the action without prejudice as to that
> defendant or direct that service be effected within a specified time;
> provided that if the plaintiff shows good cause for the failure, the
> court shall extend the time for service for an appropriate period.

The 120-day period for service provided by Rule 4(m) expired on September 25, 2014.

Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no

later than **October 31, 2014**, either: (1) file documents to show proof of service of the Summons

and Complaint on defendant; or (2) explain in writing why service has not been accomplished.  No

hearing will be held on the order to show cause unless otherwise ordered by the court.

Plaintiff is notified that the court will dismiss this action if Plaintiff fails to comply with this OSC or otherwise fails to show good cause as directed above.  In light of this order, the Case Management Conference scheduled for October 24, 2014 is VACATED.

**IT IS SO ORDERED**.

Dated: October 20, 2014



EDWARD J. DAVILA
United States District Judge

2

Case No. 5:14-CV-02458-EJD
ORDER TO SHOW CAUSE