UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA LAFRANCE CHRISTNER,<br><br>    Plaintiff,<br><br>  v.<br><br>KIERON SWEENEY,<br><br>    Defendant. | Case No.  5:14-cv-02458 EJD<br><br>**ORDER DISMISSING CASE** |

On October 20, 2014, the court ordered Plaintiff Christina LaFrance Christner ("Plaintiff") to show cause in writing by October 31, 2014, why she failed to accomplish service of the Summons and Complaint within 120 days as required by Federal Rule of Civil Procedure 4(m).

Plaintiff filed a return to the Order to Show Cause on November 3, 2014 (Docket Item No. 11), indicating the Defendant Kieron Sweeney ("Defendant") lives outside the United States at an unknown address, that his former attorney declined to accept service on Defendant's behalf, and that Plaintiff is presently conducting research to locate Defendant's address.  Having carefully considered this information, the court finds that it does not constitute show good cause as required by Rule 4(m).  See In re Sheehan, 253 F.3d 507, 512 (9th Cir. 2001) (discussing good cause standard).  Nor did Plaintiff provide sufficient detail about her attempts to locate and serve Defendant to justify a discretionary extension of the time for service.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  November 4, 2014

                                              EDWARD J. DAVILA
                                              United States District Judge